WILLIAM GROLZ, Respondent, v. HERMAN NAMER, Appellant.— Judgment

unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.